In re the Petition for DISCIPLINARY ACTION AGAINST Jeffrey R. BESIKOF, an Attorney at Law of the State of Minnesota.

No. C0–85–1927.

Supreme Court of Minnesota.

May 27, 1992.

## ORDER

WHEREAS, by order dated April 17, 1992, this court suspended Jeffrey R. Besikof from the practice of law for a period of 30 days; and

WHEREAS, Jeffrey R. Besikof has filed with this court an affidavit stating that he has complied fully with the requirements for reinstatement set forth in the April 17, 1992, order; and

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed with this court an affidavit certifying that Jeffrey R. Besikof has complied with the requirements for reinstatement set forth in the April 17, 1992, order.

NOW, THEREFORE, IT IS HEREBY ORDERED,

1. Effective May 27, 1992, Jeffrey R. Besikof shall be reinstated to the practice of law in the State of Minnesota.

2. Upon reinstatement, Jeffrey R. Besikof shall be placed on supervised probation for a period of 2 years commencing May 27, 1992.

3. As a condition of his reinstatement, Jeffrey R. Besikof hereby is required to complete the professional responsibility portion of the multi-state bar examination by April 27, 1993.

In re the Petition for DISCIPLINARY ACTION AGAINST Harold W.E. ANDERSON, an Attorney at Law of the State of Minnesota.

No. C0–92–1140.

Supreme Court of Minnesota.

June 24, 1992.

## ORDER

On June 19, 1992, the Director of the Office of Lawyers Professional Responsibility filed with this Court a petition alleging that the respondent, Harold W.E. Anderson, has engaged in repeated and extensive misappropriation of client funds and has committed other professional misconduct. The Director also filed a stipulation between himself and the respondent in which the respondent agreed to dispense with proceedings under Rule 16, Rules on Lawyers Professional Responsibility, and agreed that the Court may enter its order suspending the respondent from the practice of law pending final determination of these disciplinary proceedings.

The Court, having considered all of the facts and circumstances surrounding this matter, the petition of the Director, and the stipulation of the parties, NOW ORDERS:

1. That the respondent, Harold W.E. Anderson, hereby is temporarily suspended from the practice of law pending final determination of these disciplinary proceedings, pursuant to Rule 16, Rules on Lawyers Professional Responsibility.

2. That respondent shall, within 10 days of the date of this order, notify each of his clients of his inability to continue representation of the client and otherwise shall comply fully with the provisions of Rules 26 and 27, Rules on Lawyers Professional Responsibility.